AO 91 (Rev. 11/11)  Criminal Complaint

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

# UNITED STATES DISTRICT COURT
for the
District of Vermont

2022 APR 14 PM 12: 39

CLERK
BY _EU_
DEPUTY CLERK

| United States of America | ) |
| v. | ) |
| | ) Case No. 2:22-MJ-49-1 |
| WILLIAM HILLARD | ) |
| | ) |
| | ) |
| | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __April 13, 2022__ in the county of __Windsor__ in the _____ District of __Vermont__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | The defendant knowingly possessed a firearm, which had been transported or shipped in interstate or foreign commerce, while knowing he had been previously been convicted of a crime punishable by imprisonment for a term exceeding one year. |
| 26 U.S.C. § 5861(d) | The defendant knowingly possessed a destructive device not registered to him in the National Firearms Registration and Transfer Record. |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

*S. M[signature]*
Complainant's signature

SA Scott Murray, ATF
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __04/14/2022__

*Kevin J. Doyle [signature]*
Judge's signature

City and state: __Burlington, VT__

Hon. Kevin J. Doyle, U.S. Magistrate Judge
*Printed name and title*